IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:  :  CASE NO. 3:12MJ401

SEALED DOCUMENT  :

---

ORDER TO UNSEAL ARREST WARRANT, COMPLAINT
AND SUPPORTING AFFIDAVIT FOR CRIMINAL COMPLAINT

---

IT IS HEREBY ORDERED that the Criminal Complaint, Supporting Affidavit and Arrest Warrant sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: 12/18/12

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE